GAINES ET AL., APPELLANTS, *v.* PEARSON, APPELLEE.

[Cite as Gaines *v.* Pearson (1987), 33 Ohio St. 3d 64.]

(No. 86-2009 — Decided October 28, 1987.)

*Alan G. Sandler,* for appellants.

*Payne & Payne, Frederick J. Payne* and *John J. Owens,* for appellee.

This cause, No. 51166 in the court of appeals, is before this court upon the allowance of a motion to certify the record. After careful review we find that the trial court abused its discretion in dismissing plaintiffs-appellants' complaint with prejudice. The judgment of the court of appeals affirming the dismissal is reversed, and the cause is remanded to be reinstated upon the trial court's docket for further proceedings.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

LUNSFORD ET AL., APPELLANTS, *v.* MUSSIO ET AL., APPELLEES.

[Cite as Lunsford *v.* Mussio (1987), 33 Ohio St. 3d 64.]

(No. 87-1068—Decided October 28, 1987.)

*Cors, Bassett, Kohlhepp, Halloran & Moran, Michael L. Gay* and *C. David Ewing,* for appellants.

*McCaslin, Imbus & McCaslin* and *Philip J. Marsick,* for appellees.

The motion of appellants to certify the record of this cause (court of appeals No. C-860356) is allowed, and the judgment of the court of appeals is hereby reversed on authority of *Hardy v. VerMeulen* (1987), 32 Ohio St. 3d 45, 512 N.E. 2d 626, and the cause is remanded to the trial court for further proceedings.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT, J., dissents.